# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE:  EXTENSION OF ADMISSION OF   :   No. 61 WM 2017
SONALI SHAHI, ESQ. TO THE BAR OF   :
THE COMMONWEALTH OF   :
PENNSYLVANIA, ATTORNEY   :
IDENTIFICATION NO. 319898   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of October, 2017, the Petition to Extend Pennsylvania Bar Admission Pursuant to Pa.B.A.R. 311(g) is GRANTED, IN PART.  In order to afford Sonali Shahi time to seek full admission to the Pennsylvania bar, her temporary admission is extended until April 30, 2018.